**STATE of Missouri, Plaintiff/Respondent,**

v.

**Robert H. REEHTEN, Defendant/Appellant.**

**No. 69742.**

Missouri Court of Appeals, Eastern District, Division Two.

Feb. 4, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 20, 1997.

Roger M. Hibbits, Florissant, for Defendant/Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for Plaintiff/Respondent.

Before CRANE, P.J., and GERALD M. SMITH and PUDLOWSKI, JJ.

*ORDER*

PER CURIAM.

Defendant offered, at oral argument, a photograph exhibit of a lineup. Said exhibit is received. He appeals from convictions for two counts of first degree robbery, § 569.020

RSMo 1994. The findings and conclusions of the trial court are not clearly erroneous. An extended opinion would have no precedential value. Judgment affirmed in accordance with Rule 30.25(b).